THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CMA CGM S.A., <br><br> Plaintiff, <br><br> v. <br><br> Alaska Marine Lines, Inc., <br><br> Defendant. | Case No. 2:24-cv-01940-TL <br><br> STIPULATED MOTION TO STAY PROCEEDINGS <br><br> **NOTE ON MOTION CALENDAR**: <br><br> April 9, 2025 |

**COMES NOW**, Plaintiff CMA CGM, S.A. together with Defendant Alaska Marine Lines, Inc. (the "Parties") by and through their undersigned counsel, hereby stipulate as follows:

1. This matter arises out of damage to certain seafood cargo ("cargo") shipped from various points in Alaska to Spain in or about August - September 2023 under various bills of lading issued by plaintiff ocean carrier CMA CGM S.A. ("CMA CGM"). Plaintiff sub-contracted with defendant Alaska Marine Lines, Inc. ("AML") to transport the cargo from Alaska to Seattle, Washington where it was loaded aboard plaintiff's vessel for carriage to Spain.

2. The shipper of the cargo filed suit in Marseille, France against CMA CGM alleging the cargo was damaged upon delivery and seeks monetary compensation for its alleged loss ("Marseille action"). Plaintiff, in turn, filed the instant action against AML seeking indemnification of any sums it is adjudged to pay the shipper in the Marseilles action.

3. Since the evidence adduced in the Marseille action and the ultimate outcome of that action will bear on the parties' rights and responsibilities with respect to the cargo in the instant

STIPULATION AND ORDER TO STAY PROCEEDINGS
CASE NO. 2:24-CV-01940

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

action, the instant action should be stayed to preserve economic and judicial resources pending resolution of the Marseille action.

    4.    During the pendency of the Marseille action, either party may move the Court to lift the stay after giving the other party 10 days written notice of its intent to do so.

IT IS SO STIPULATED.

Dated: April 9, 2025

BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Michelle Buhler*

By: *s/ Chip Jordan*
Michelle Buhler, WSBA No. 16235
Charles Jordan, WSBA No. 19206
999 Third Ave., Suite 4400
Seattle, WA 98104
Tel: 206-623-1700
Fax: 206-623-8717
Email: chip.jordan@bclplaw.com;
michelle.buhler@bclplaw.com
***Attorneys for Defendant***

LISKOW & LEWIS, APLC

By: *s/ Elizabeth A. Strunk*
Raymond T. Waid, WSBA # 53671
Elizabeth A. Strunk, WSBA #57894
Elizabeth B. McIntosh, WSBA #60398
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139
rwaid@liskow.com
eastrunk@liskow.com
ebmcintosh@liskow.com
***Attorneys For Plaintiff***

STIPULATION AND ORDER TO STAY PROCEEDINGS
CASE NO. 2:24-CV-01940 - 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

# ORDER

In accordance with the foregoing Stipulation, it is here hereby:

**ORDERED, ADJUDGED and DECREED** that all further proceedings in the above-entitled action are hereby stayed. During the pendency of the Marseille action, either party may move the Court to lift the stay after giving the other party 10 days written notice of its intent to do so.

DATED: _April 10, 2025_

_____
Tana Lin
United States District Judge


BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Michelle Buhler*

By: *s/ Chip Jordan*
Michelle Buhler, WSBA No. 16235
Charles Jordan, WSBA No. 19206
999 Third Ave., Suite 4400
Seattle, WA 98104
Tel: 206-623-1700
Fax: 206-623-8717
Email: chip.jordan@bclplaw.com; michelle.buhler@bclplaw.com
***Attorneys for Defendant***

LISKOW & LEWIS, APLC

By: *s/ Elizabeth A. Strunk*
Raymond T. Waid, WSBA # 53671
Elizabeth A. Strunk, WSBA #57894
Elizabeth B. McIntosh, WSBA #60398
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139
rwaid@liskow.com
eastrunk@liskow.com
ebmcintosh@liskow.com
***Attorneys for Plaintiff***

STIPULATION AND ORDER TO STAY PROCEEDINGS
CASE NO. 2:24-CV-01940 - 3

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER TO STAY PROCEEDINGS
CASE NO. 2:24-CV-01940 - 4

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700